**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YSA Investments 1, LLC,<br><br>        Debtor. | Case No. 26-11178-BLS<br><br>Chapter 11 |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for admission

*pro hac vice* of Mark A. Platt of FBT Gibbons LLP to represent CREO QRS VC LLC and CREO

QRS NP LLC in this action.

Dated: July 30, 2026
Wilmington, Delaware

**FBT GIBBONS LLP**

*/s/ Christopher Viceconte*
Christopher Viceconte (No. 5568)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
Telephone: (302) 518-6311
Facsimile: (302) 429-6294
Email: cviceconte@fbtgibbons.com

*Counsel for CREO QRS VC LLC and*
*CREO QRS NP LLC*

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and am admitted to practice in the United States Court of Appeals for the Fifth and Sixth Circuits, as well as the United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas, and the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Fund revised 12/21/23.

I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: July 30, 2026

*/s/ Mark A. Platt*
Mark A. Platt, Texas Bar No. 00791453
**FBT GIBBONS LLP**
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 580-5852
Facsimile: (214) 545-3473
Email: mplatt@fbtgibbons.com

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 31st, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

2