**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YSA Investments 1 LLC, | ) | Case No.   26-11178 (BLS) |
| | ) | |
| Debtor(s). | ) | |

## ORDER SETTING STATUS CONFERENCE PURSUANT TO 11 U.S.C. 105(d)

WHEREAS, YSA Investments 1, LLC filed a Chapter 11 bankruptcy petition before this Court on July 28, 2026; and it appearing that Chapter 11 cases relating to this case have been filed with the United States Bankruptcy Courts for the District of Maryland and the Northern District of Texas; and the Court determining under 11 U.S.C. § 105(d) that a status conference would be beneficial to further the expeditious and economical management of this case, it is hereby

**ORDERED**, that the Court will conduct a video status conference pursuant to 11 U.S.C. § 105(d) for all interested parties on **Thursday, August 6, 2026, at 10:00 a.m**. in the United States Bankruptcy Court for the District of Delaware.

To attend the status conference remotely, please register using the eCourt Appearances tool on the court's website at www.deb.uscourts.gov or click the following link: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.   After registering your appearance, you will receive a confirmation email containing information about joining the hearing remotely. You must use your full name when logging into zoom or you will not be allowed into the meeting.

Dated: Wilmington, Delaware
     August 4, 2026

                                   Brendan Linehan Shannon
                                   United States Bankruptcy Judge

cc:     The Honorable Michelle Harner
        The Honorable Stacey Jernigan
        Linda J. Casey, Esquire
          Chapter 11 Trustee

1