**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YSA INVESTMENTS 1, LLC. | Case No. 26-11178  (BLS) |
| Debtor.[1] | **Hearing Date: August 14, 2026 at 11:00 a.m. (ET)** **Objections Due: At the Hearing** |

**NOTICE OF MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL, (II) FINDING THAT THE PREPETITION SECURED LENDERS ARE ADEQUATELY PROTECTED, AND (III) SCHEDULING A FINAL HEARING**

**PLEASE TAKE NOTICE** that, on August 10, 2026, the above-captioned debtor and debtor in possession (the "Debtor") in this chapter 11 case (the "Case") filed the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Use of Cash Collateral, (II) Finding that the Prepetition Secured Lenders are Adequately Protected, and (III) Scheduling a Final Hearing* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion on an interim basis will be held on **August 14, 2026 at 11:00 a.m.  (ET)** before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion on an interim basis may be made at the Hearing (the "Objection Deadline").

---

[1] The address of the Debtor is 848 Brickel1 Avenue, Suite PH5, Miami, Florida 33131.  The last four digits of the Debtor's federal tax identification numbers is 3352.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 10, 2026
      Wilmington, Delaware

**BAYARD, P.A.**

/s/ *Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
Kevin G. Collins (No. 5149)
Daniel N. Brogan (No. 5273)
Steven D. Adler (No. 6257)
Ashly L. Riches (No. 7256)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
      kcollins@bayardlaw.com
      dbrogan@bayardlwa.com
      sadler@bayardlaw.com
      ariches@bayardlaw.com

*Proposed Counsel to the Debtor and Debtor in Possession*