## Exhibit A

## Property Lender Information

| Property | Property address | Prepetition Secured Lender |
|---|---|---|
| **Thrive Jenks** | 204 S Riverfront Dr, Jenks, OK 74037 | Berkadia |
| **Lakeside Place** | 2186 S 99th E Ave, Tulsa, OK 74129 | BMO |
| **Villas at Midtown** | 2001 E Skelly Dr, Tulsa, OK 74105 | Fannie Mae |
| **Village Creek** | 6630 S Zunis Ave, Tulsa, OK 74136 | CREO QRS VC LLC and CREO QRS NP LLC |
| **Barcelona Apartments** | 5160 S Yale Ave, Tulsa, OK 74135 | Fannie Mae |
| **Shoreline** | 9601 E 21st Pl, Tulsa, OK 74129 | BMO |
| **727 Lofts** | 727 E Main Pl, Jenks, OK 74037 | ACRE Q018 Retention Holder, LLC |
| **One Eton Square** | 8111 E 60th St, Tulsa, OK 74145 | Fannie Mae |
| **Riverpark at Kensington** | 7803 S Wheeling Ave, Tulsa, OK 74136 | Bancorp |
| **23 East** | 11321 E 23rd St, Tulsa, OK 74129 | Stride Bank |