IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YSA Investments 1, LLC | ) | Case No.  26-11178 (BLS) |
| | ) | |
| Debtor. | ) | Re:  Docket No. 1 |

**ORDER TO APPEAR AND SHOW CAUSE WHY VENUE
SHOULD NOT BE TRANSFERRED TO ANOTHER DISTRICT**

This matter is before the Court upon review of the docket in the above-captioned

bankruptcy case.  The Court may, *sua sponte*, transfer a case to any other district if the Court

determines that the transfer is in the interest of justice or for the convenience of the parties.  *See*

28 U.S.C. § 1412; Fed. R. Bankr. P. 1014(a)(1).  For the reasons set forth below YSA

Investments 1, LLC (the "Debtor") is ordered to appear and show cause why this case should not

be transferred to the United States Bankruptcy Court for the Northern District of Texas, the

Western District of Oklahoma, or another judicial district where venue is proper.

The Debtor filed a voluntary petition for relief commencing the above chapter 11

bankruptcy case in the United States Bankruptcy Court for the District of Delaware on July 28,

2026 [Docket No. 1].  This bankruptcy case appears to be a portion of a larger collection of

disputes involving, at minimum, the Debtor and potentially other related entities, and Mr. Marc

Kulick and a variety of entities he created to own and operate a number of apartment complexes

and/or other real property rentals.  The majority of those properties appear to be located in

Oklahoma.  Several of the Kulick entities have filed for bankruptcy protection in other districts.

Hundreds, if not thousands, of tenants are affected by these filings.

It appears that the majority of the bankruptcy filings relating to this business dispute have

been made in the Northern District of Texas.  Filings have also occurred in the District of

Maryland and the Western District of Oklahoma. In the Texas cases, the Honorable Stacey Jernigan *sua sponte* ordered the appointment of a Chapter 11 Trustee on July 28, 2026. The multiplicity of cases in a variety of jurisdictions raises the prospect of inconsistent adjudications and the risk of confusion and delay. Accordingly, it is hereby

ORDERED, that Debtor shall file with the Court a response on or before August 13, 2026 at 4:00 p.m. (ET) showing cause why this case should not be transferred to the United States Bankruptcy Court for the Western District of Oklahoma, the Northern District of Texas, or another judicial district where venue is proper. The Court will conduct a hearing on this matter at 11:00 a.m. (ET) on Friday, August 14, 2026 in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington DE 19801.

Dated: August 10, 2026

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

cc:     Erika Fredericks Johnson, Esquire
        Linda J. Casey, Esquire
         United States Trustee